UNITED STATES DISTICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE, a Sex Trafficked Individual,<br><br>Plaintiff,<br><br>vs.<br><br>HARBORSIDE HOTEL LLC; HYATT HOTEL CORPORATION; W HOTEL MANAGEMENT, INC.; SAM & RAM CORP.; SUPER 8 WORLDWIDE, INC.; WYNDHAM HOTELS & RESORTS, INC.; THE GROVE HOSPITALITY PROPERTIES LLC; SURF INC.; MARRIOTT INTERNATIONAL, INC.; BOURBON STREET PUB, INC.; 801 BOURBON, INC.; JOSEPH J. SCHROEDER; HILTON WORLDWIDE HOLDINGS, INC.; CHICAGO HILTON, LLC; DIAMONDROCK CHICAGO OWNER, LLC; TOM ROES 1-100 (names being fictitious); and ABC CORPORATIONS 1-100 (names being fictitious),<br><br>Defendants. | Case No.: 2:25-CV-01323-JXN-MAH<br><br>Civil Action<br><br>Hon. Julian Xavier Neals, U.S.D.J.<br>Hon. Michael A. Hammer, U.S.M.J.<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, JOHN DOE, by and through his undersigned attorneys, pursuant to *Rule 41(a)(1)(A)(i)* of the *Federal Rules of Civil Procedure*, hereby voluntarily dismisses the above-captioned action against all Defendants, without prejudice. Each party shall bear their own costs.

Dated: May 2, 2025
Newark, New Jersey

So ORDERED on 5/5/2025:

JULIEN XAVIER NEALS
United States District Judge

SBAITI & COMPANY NJ LLC
Attorneys for Plaintiff, JOHN DOE, a Sex Trafficked Individual

By: _____
MATTHEW B. SICHERI
100 Mulberry Street

Page 1 of 2

3 Gateway Center, Suite 1102
Newark, New Jersey 07102
P: (973) 954-2000
F: (973) 954-9710
E: matthew.sicheri@sbaitilaw.com

Kevin N. Colquitt, Esq. (*Pro Hac Vice*)
Texas State Bar No.: 24072047
SBAITI & COMPANY PLLC
Dallas Arts Tower
2200 Ross Avenue, Suite 4900W
Dallas, Texas 75201
P: (214) 432-2899
E: knc@sbaitilaw.com